**99–219.   Karr v. Borchardt.**
Seneca App. No. 13–98–33. Discretionary appeal allowed; *sua sponte,* cause consolidated with 99–222, 99–223, and 99–224, *infra.*
   LUNDBERG STRATTON, J., would allow on Propositions of Law Nos. I, II, and III and hold this cause for the decision in 99–342, 99–348 and 99–618, *Holcomb v. State Farm Ins. Cos.,* Franklin App. No. 98AP–353.
   COOK, J., would hold this cause for the decision in 99–342, 99–348 and 99–618, *Holcomb v. State Farm Ins. Cos.,* Franklin App. No. 98AP–353.

**99–224.   Karr v. Borchardt.**
Seneca App. No. 13–98–34. Discretionary appeal allowed; *sua sponte,* cause consolidated with 99–219, 99–222, and 99–223, *supra.*
   LUNDBERG STRATTON, J., would allow on Propositions of Law Nos. I, II, and III and hold this cause for the decision in 99–342, 99–348 and 99–618, *Holcomb v. State Farm Ins. Cos.,* Franklin App. No. 98AP–353.

Cook, J., would hold this cause for the decision in 99–342, 99–348 and 99–618, *Holcomb v. State Farm Ins. Cos.*, Franklin App. No. 98AP–353.